U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 13 2006
LORETTA G. WHYTE
CLERK

No. 06-30109

CV 05-1665-C

FABULOUS PEWTERWARE LLC doing business as, Beatriz Ball Collection

Plaintiff - Appellant

v.

MARIPOSA LTD

Defendant - Appellee

### ENTRY OF DISMISSAL

Pursuant to the stipulation of the parties this appeal is dismissed this 29th day of June, 2006, see FED. R. APP. P. 42(b).

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Peter Conners
Peter Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
New Orleans, Louisiana    Deputy    JUN 29 2006

06-30109

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
JUN 2 8 2006
CHARLES R. FULBRUGE III
CLERK

FABULOUS PEWTERWARE, L.L.C.
    doing business as, BEATRIZ BALL COLLECTION, Plaintiff-Appellant

v.

MARIPOSA, LTD.
    Defendant-Appellee

**ORDER OF STIPULATED MOTION TO DISMISS**
**(2:05-CV-1665)**

Thomas S. Keaty
Attorney for Appellant
Keaty Professional Law Corporation
2 Canal St.
2140 World Trade Center
New Orleans, Louisiana 70130
(504) 524-2100

## ORDER OF STIPULATED MOTION TO DISMISS

On April 26, 2006, the court considered parties' stipulation to dismiss. After considering the stipulation, the court GRANTS the stipulation and dismisses the case with prejudice with the following conditions:

Each party pays its costs;

Within 60 days of the date of this Order, Appellant is allowed to reopen the case if the final settlement and release of all claims is not signed by the parties;

Should Appellant request to reopen the case, the case will be restored to court's active status.

SIGNED _____, 2006

_____
U.S. District Judge

APPROVED AND ENTRY REQUESTED:

_____
Thomas S. Keaty - No. 7666
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
(504) 524-2100
Attorney for Appellant

_____
Richard K. Leefe – 7544
Leefe Gibbs Sullivan Dupre' & Aldous
One Lakeway Center, Suite 1470
3900 N. Causeway
Metairie, Louisiana 70002
(504) 830-3990
Attorney for Appellee
*(Signed by Thomas Keaty with permission)*

06-30109

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

FABULOUS PEWTERWARE, L.L.C.
    doing business as, BEATRIZ BALL COLLECTION, Plaintiff-Appellant

v.

MARIPOSA, LTD.
    Defendant-Appellee

**STIPULATED MOTION TO DISMISS**
**(2:05-CV-1665)**

Thomas S. Keaty
Attorney for Appellant
Keaty Professional Law Corporation
2 Canal St.
2140 World Trade Center
New Orleans, Louisiana 70130
(504) 524-2100

## STIPULATED MOTION TO DISMISS

**NOW INTO COURT**, through the undersigned counsel, come appellant, Fabulous Pewterware, L.L.C. and appellee Mariposa, Ltd. and respectfully suggest to the Court that the parties reached a compromise and settlement of all claims currently pending before this Court.

In view of the above, the parties move for dismissal of the action with prejudice with the following conditions:

Each party pays its costs;

Within 60 days of the date of this Order, Appellant is allowed to reopen the case if the final settlement and release of all claims is not signed by the parties;

Should Appellant request to reopen the case, the case will be restored to Court's active status.

The proposed Order is attached.

*[signature]*
Thomas S. Keaty - No. 7666
Keaty Professional Law Corporation
2140 World Trade Center
2 Canal Street
New Orleans, Louisiana 70130
(504) 524-2100
Attorney for Appellant

*[signature]*
Richard K. Leefe – 7544
Leefe Gibbs Sullivan Dupre' & Aldous
One Lakeway Center, Suite 1470
3900 N. Causeway
Metairie, Louisiana 70002
(504) 830-3990
Attorney for Appellee
*(Signed by Thomas Keaty with permission)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 28th day of June 2006 served a copy of the foregoing pleading on paper, to counsel for all parties to this proceeding either by hand, by telefax, or by placing same in the United States Mail properly addressed and first class postage affixed.

Stephen E. Feldman, Esquire
Kenny S. Feldman, Esquire
12 East 41st Street
New York, NY 10017

Richard K. Leefe
3900 North Causeway Blvd.
1 Lakeway Center, Suite 1470
Metairie, LA 70002

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

June 29, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

No. 06-30109  Fabulous Pewterware v. Mariposa Ltd
USDC No.  2:05-CV-1665

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Peter Conners, Deputy Clerk
504-310-7685

cc: w/encl:
    Mr Thomas S Keaty
    Mr Richard K Leefe

MDT-1